FILED
11/14/2023 4:08 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L011612
Calendar, A
25207400

FILED DATE: 11/14/2023 4:08 PM   2023L011612

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SHANNON O'BRIEN, )
)
Plaintiff, )
) No.: 2023L011612
v. )
)
FRONTIER AIRLINES, INC., d/b/a )
FRONTIER AIRLINES, )
)
Defendants. )
)

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named Plaintiff certifies that the Plaintiff seeks money damages in excess of $50,000.00.

**FURTHER AFFIANT SAYETH NOT.**

_____
Lance D. Northcutt

SUBSCRIBED AND SWORN TO
before me this **14** day of November, 2023.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JENNIFER STOLARZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES October 26, 2026

Lance D. Northcutt (ARDC #6278144)
SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. Clark St., Suite 4700
Chicago, IL 60601
Phone: (312) 372-1227
Fax: (312) 372-3720
lnorthcutt@salvilaw.com
Firm No. 34560

**EXHIBIT B**