

Skip to content  |  About Secretary Griswold  |  Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | FRONTIER AIRLINES, INC. | | |
| **Status** | Good Standing | **Formation date** | 02/08/1994 |
| **ID number** | 19941015653 | **Form** | Corporation |
| **Periodic report month** | February | **Jurisdiction** | Colorado |
| **Principal office street address** | 4545 Airport Way, Denver, CO 80239, United States | | |
| **Principal office mailing address** | 4545 Airport Way, Denver, CO 80239, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Corporation Service Company |
| **Street address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| **Mailing address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Accessibility statement | Browser compatibility

**EXHIBIT E**