# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shannon O'Brien v. Frontier Airlines, Inc.

Case Number: 1:24-cv-00605

An appearance is hereby filed by the undersigned as attorney for:
Frontier Airlines, Inc.

Attorney name (type or print): Brian T. Maye

Firm: Hinshaw & Culbertson, LLP

Street address: 151 N. Franklin Street, Suite 2500

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6288778
(See item 3 in instructions)

Telephone Number: 312-704-3000

Email Address: bmaye@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2024

Attorney signature:  S/ *Brian T. Maye*
(Use electronic signature if the appearance form is filed electronically.

96653\320035890.v1