**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: O'Brien v. Frontier Airlines, Inc.

Case Number: 24-cv-00605

An appearance is hereby filed by the undersigned as attorney for:

Shannon O'Brien

Attorney name (type or print): Lance D. Northcutt

Firm: Salvi, Schostok & Pritchard, PC

Street address: 161 North Clark Street, Suite 4700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6278144
(See item 3 in instructions)

Telephone Number: 312-372-1227

Email Address: lnorthcutt@salvilaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2024

Attorney signature: S/ *Lance D. Northcutt*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023