UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | CIVIL ACTION |
| | ) | |
| *Plaintiff*, | ) | No.: 1:24-cv-00605 |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | |
| FRONTIER AIRLINES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant, FRONTIER AIRLINES, INC., discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock. Frontier Group Holdings, Inc., a publicly traded company, owns 100% of Frontier Airlines Holdings, Inc.

Dated: January 24, 2024

Respectfully submitted,

HINSHAW & CULBERTSON, LLP

 /s/ *Kurt C. Schlueter*
Attorney for Frontier Airlines

Kurt C. Schlueter
kschlueter@hinshawlaw.com
Brian T. Maye
bmaye@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
312-704-3001 (fax)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that a copy of the foregoing was served on the below counsel via e-mail on January 24, 2024.

**Counsel for Plaintiff**

Lance D. Northcutt
Salvi, Schostok & Pritchard P.C.
161 N. Clark St., Suite 4700
Chicago, Illinois 60602
Phone: (312) 372-1227
lnorthcutt@salvilaw.com

/s/ *Donna Ruane*