UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 24-cv-00605 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| FRONTIER AIRLINES, INC., d/b/a ) | |
| FRONTIER AIRLINES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO
RESET INITIAL CASE MANAGEMENT CONFERENCE**

NOW COMES the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and requests the initial case management conference be reset. In support of this motion, Plaintiff states as follows:

1. The above captioned matter is a personal injury action that was initially filed in the Circuit Court of Cook County on November 14, 2023 and removed to the U.S. District Court for the Northern District of Illinois on January 23, 2024.

2. The Court has set an initial case management conference for March 27, 2024.

3. Because counsel for Plaintiff will be out of the country on March 27, 2024 and will not be returning until the week of April 8, 2024, Plaintiff respectfully requests this Honorable Court reset the initial case management date.

4. The undersigned has confirmed with defense counsel that there is no objection to this motion.

WHEREFORE the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD P.C., respectfully request this Honorable Court enter an Order granting Plaintiff's Motion to Reset Initial Case Management Conference to a date in late April.

                                                      Respectfully submitted,

                                                      SALVI, SCHOSTOK & PRITCHARD P.C.

                                                      By:   /s/ *Lance D. Northcutt*
                                                                     Attorney for Plaintiff

Lance D. Northcutt (ARDC# 6278144)
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 N. Clark St., Suite 4700
Chicago, IL 60601
Phone: (312) 372-1227
Fax: (312) 372-3720
lnorthcutt@salvilaw.com