UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 24-cv-00605 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| FRONTIER AIRLINES, INC., d/b/a | ) | |
| FRONTIER AIRLINES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO: Bryan T. Maye
Kurt Charles Schlueter
Hinshaw & Culbertson LLP
151 N. Franklin Street, Ste 2500
Chicago, IL 60606
bmaye@hinshawlaw.com
kschlueter@hinshawlaw.com

    PLEASE TAKE NOTICE that on **March 19, 2024,** at **10:00 a.m**., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead in Courtroom 1241 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **PLAINTIFF'S UNOPPOSED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE.**

                                            SALVI, SCHOSTOK & PRITCHARD P.C.

                                            By:   /s/ *Lance D. Northcutt*
                                                     Attorney for Plaintiff

Lance D. Northcutt (ARDC# 6278144)
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 N. Clark St., Suite 4700
Chicago, IL 60601
Phone: (312) 372-1227
Fax: (312) 372-3720
lnorthcutt@salvilaw.com

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that he caused copies of the foregoing Notice of Motion to be served upon all counsel of record via the Court's CM/ECF system on the 14th day of March, 2024.

                  /s/ *Lance D. Northcutt*