## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shannon O'Brien v. Frontier Airlines, Inc.     Case Number: 1:24-cv-00605

An appearance is hereby filed by the undersigned as attorney for:
Frontier Airlines, Inc.

Attorney name (type or print):  Brittany N. Christianson

Firm:     Hinshaw & Culbertson, LLP

Street address:     151 N. Franklin Street, Suite 2500

City/State/Zip:     Chicago, IL 60606

Bar ID Number:     6335692     Telephone Number:     312-704-3000
(See item 3  in instructions)

Email Address: bchristianson@hinshawlaw.com

Are you acting as lead counsel in this case?     ☐ Yes     ☒ No

Are you a member of the court's general bar?     ☒ Yes     ☐ No

Are you a member of the court's trial bar?     ☐ Yes     ☒ No

Are you appearing *pro hac vice*?     ☐ Yes     ☒ No

If this case reaches trial, will you act as the trial attorney?     ☐ Yes     ☒ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 30, 2024

Attorney signature:     S/ *Brittany N. Christianson*
(Use electronic signature if the appearance form is filed electronically.