## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shannon O'Brien

       Plaintiff,

v.                Case No.: 1:24–cv–00605
                 Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym)

Dated: May 1, 2024

                      /s/ Sharon Johnson Coleman

                      United States District Judge