UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRONTIER AIRLINES, INC., d/b/a )<br>FRONTIER AIRLINES, )<br>)<br>Defendants. )<br>) | No.: 24-cv-00605<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. M. David Weisman |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE, effective immediately, that counsel for Frontier Airlines, Inc. ("Frontier"), Brian T. Maye, has moved from the firm Hinshaw & Culbertson LLP to the firm Fitzpatrick, Hunt & Pagano, LLP. Attorney Maye will continue to represent Frontier in this matter. Undersigned counsel's address is now 10 South LaSalle Street, Suite 3400, Chicago, IL 60603, and his email address is brian.maye@fitzhunt.com. Undersigned counsel's new telephone number is 312-728-4905.

Dated: June 4, 2024                    Respectfully submitted,

**FITZPATRICK, HUNT & PAGANO, LLP**

By:  /s/ *Brian T. Maye*
     Counsel for Frontier Airlines, Inc

Brian T. Maye
FITZPATRICK, HUNT & PAGANO, LLP
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
Telephone: 312-728-4905
Fax: 312-728-4950
brian.maye@fitzhunt.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that a copy of the foregoing was served on the counsel of record via the CM/ECF system.

By: /s/ *Brian T. Maye*