UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | CIVIL ACTION |
| | ) | |
| *Plaintiff*, | ) | No.: 1:24-cv-00605 |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | |
| FRONTIER AIRLINES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Hinshaw & Culbertson LLP and attorneys Kurt C. Schlueter and Brittany N. Christianson, pursuant to the Northern District of Illinois Local Rule 83.17, move this Court for an order permitting Hinshaw & Culbertson LLP and attorneys Kurt C. Schlueter and Brittany N. Christianson to withdraw as counsel for Frontier Airlines, Inc., and in support thereof state as follows:

1. Hinshaw & Culbertson LLP, Mr. Schlueter, and Ms. Christianson are no longer engaged on the above-captioned matter.

2. Defendant will continue to be represented by other counsel of record, including Brian T. Maye of Fitzpatrick, Hunt & Pagano, LLP.

3. Defendant Frontier Airlines, Inc. consents to this withdrawal of counsel.

4. A proposed order is attached hereto as **Exhibit A**.

WHEREFORE, Hinshaw & Culbertson LLP and attorneys Kurt C. Schlueter and Brittany N. Christianson respectfully request that this Court grant its motion for Leave to Withdraw as

Counsel and enter an Order permitting Hinshaw & Culbertson LLP to withdraw as counsel for Frontier Airlines, Inc. in the above-captioned matter.

Dated: June 6, 2024						Respectfully submitted,

**HINSHAW & CULBERTSON LLP**


 /s/ *Kurt C. Schlueter*


 /s/ *Brittany N. Christianson*

Kurt C. Schlueter
kschlueter@hinshawlaw.com
Brittany N. Christianson
bchristianson@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
312-704-3001 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and served a copy of the foregoing on the below counsel via e-mail on June 6, 2024.

**Counsel for Plaintiff**

Lance D. Northcutt
Salvi, Schostok & Pritchard P.C.
161 N. Clark St., Suite 4700
Chicago, Illinois 60602
Phone: (312) 372-1227
lnorthcutt@salvilaw.com

/s/ *Brittany N. Christianson*