**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | CIVIL ACTION |
| | ) | |
| *Plaintiff*, | ) | No.: 1:24-cv-00605 |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | |
| FRONTIER AIRLINES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Pursuant to the Motion to Withdraw as Counsel previously filed,

IT IS HEREBY ORDERED that Hinshaw & Culbertson LLP and attorneys Kurt C. Schlueter and Brittany N. Christianson have withdrawn as counsel for defendant Frontier Airlines, Inc. in the above-captioned action and shall be removed from the Northern District Court of Illinois electronic filing list for this case.

Dated: this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE