UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

**THE PARTIES' SECOND JOINT STATUS REPORT**

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through their attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Second Joint Status Report, state as follows:

1. Preliminary case information can be found in The Parties' Initial Joint Status Report [Docket No. 13] and is incorporated herein by reference.

2. The parties are actively engaged in completing written and oral fact discovery.

3. At present, there is currently only one pending Motion – Hinshaw & Culbertson LLP's Motion for Leave to Withdraw as Counsel [Docket No. 20].

4. At present, the parties agree that settlement is unlikely at this juncture.

5. The plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference upon the completion of the plaintiff's deposition.

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully Submitted, |
| | **SALVI, SCHOSTOK & PRITCHARD, P.C.** |
| | By: */s/ Lance D. Northcutt* |
| | One of the Attorneys for Plaintiff |
| | **FITZPATRICK, HUNT & PAGANO, LLP** |
| | By: */s/ Brian T. Maye* |
| | One of the Attorneys for Defendant |

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com

Brian T. Maye
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com