## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shannon O'Brien

                Plaintiff,

v.                                    Case No.: 1:24−cv−00605
                                              Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

        MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report stating that they are actively engaged in completing written and oral discovery and do not request a settlement conference at this time, the status hearing set for 7/10/24 is stricken and reset to 8/15/24 at 9:15 a.m. Joint status report due by noon on 8/13/24 setting forth the status of written and oral discovery, including any outstanding responses or depositions; whether the parties request a settlement conference; and any other issues the parties wish to raise. The Court reminds the parties of the 9/30/24 close date for fact discovery, as set by the District Court. If any unresolvable discovery issues arise, the relevant party shall promptly file a motion. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.