**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: O'Brien v. Frontier Airlines, Inc.      Case Number: 1:24-cv-00605

An appearance is hereby filed by the undersigned as attorney for:
Frontier Airlines, Inc.

Attorney name (type or print): Mark Samuel Susina

Firm:    Fitzpatrick Hunt & Pagano LLP

Street address:    10 South LaSalle Street, Suite 3400

City/State/Zip:    Chicago IL 60603

Bar ID Number: 6201998                    Telephone Number:   312.728.4908
(See item 3 in instructions)

Email Address: mark.susina@fitzhunt.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | X No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | X No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 19, 2024

Attorney signature:    S/ *Mark S. Susina*
              (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023