UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

**THE PARTIES' THIRD JOINT STATUS REPORT**

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through their attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Third Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's discovery requests to Defendant are outstanding. Counsel for Defendant has requested additional time to respond to Plaintiff's discovery requests in order to fully comply with same. Counsel for Plaintiff has agreed to such an extension.

3. The completion of Frontier's production of relevant policies and procedures cannot be completed until after the Transportation Security Administration ("TSA") completes a Sensitive Security Information ("SSI") determination. An SSI determination is typically an extended process. Frontier has submitted a formal request for the completion of such determination.

4. Plaintiff's deposition is in the process of being scheduled.

5. Counsel of record will set firm dates for party depositions upon completion of Defendant's

discovery responses.

6. At present, the parties agree that settlement is unlikely at this juncture.

7. The Plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference upon the completion of the Plaintiff's deposition.

Dated: August 13, 2024                    Respectfully Submitted,

**SALVI, SCHOSTOK & PRITCHARD, P.C.**

By: */s/ Lance D. Northcutt*
        One of the Attorneys for Plaintiff

**FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Brian T. Maye*
        One of the Attorneys for Defendant

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com

Brian T. Maye
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com