## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shannon O'Brien

                 Plaintiff,

v.                                          Case No.: 1:24−cv−00605

                                                Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

       MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [25] stating that Plaintiff has responded to Defendant's discovery requests; Defendant's responses to Plaintiff's discovery requests are outstanding and Plaintiff's counsel has agreed to an extension; Defendant's production of relevant policies and procedures cannot be completed until after the TSA completes a Sensitive Security Information ("SSI") determination, which is typically an extended process; the parties are scheduling party depositions; and the parties do not request a settlement conference at this time, the status hearing set for 8/15/24 is stricken and reset to 8/28/24 at 9:15 a.m. Joint status report due by noon on 8/26/24 setting forth the status of written discovery, including any outstanding responses and the status of the SSI determination; a firm deposition schedule; whether the parties request a settlement conference; and any other issues the parties wish to raise. The Court reminds the parties of the 9/30/24 close date for fact discovery. The parties shall notice any discovery motions by 8/26/24 for hearing on 8/28/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.