UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRONTIER AIRLINES, INC., d/b/a )<br>FRONTIER AIRLINES, )<br>)<br>Defendant. ) | Case No.: 1:24-cv-00605<br><br>Honorable Sharon Johnson Coleman<br><br>Magistrate Judge M. David Weisman |

### THE PLAINTIFF'S FOURTH STATUS REPORT

NOW COMES the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and for her Fourth Status Report, states as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Defendant has complied with Plaintiff's written discovery requests, however, certain production documents remain outstanding, as detailed in the next paragraph.

3. The completion of Frontier's production of relevant policies and procedures cannot be completed until after the Transportation Security Administration ("TSA") completes a Sensitive Security Information ("SSI") determination. An SSI determination is typically an extended process. Frontier has submitted a formal request for the completion of such determination.

4. With written discovery not being fully complete, firm dates for depositions have not yet been determined. As such, the parties are simultaneously filing on this date their Joint Motion for Extension of Time to Complete Fact Discovery and Depositions, which further details the pending TSA SSI determination.

5. At present, the parties agree that settlement is unlikely at this juncture.

6. The Plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference upon the completion of the Plaintiff's deposition.

7. The office of counsel for Plaintiff sent this proposed Status Report to counsel for Frontier on Friday, August 23, 2024. To date, Frontier has not confirmed their agreement to same. As such, Plaintiff is filing the instant Status Report individually in order to comply with the Court's deadline. [Dkt. No. 26]. The office of counsel for Plaintiff has advised counsel for Defendant of same.

Dated: August 26, 2024                              Respectfully Submitted,

                                                                            **SALVI, SCHOSTOK & PRITCHARD, P.C.**

                                                                            By: */s/ Lance D. Northcutt*
                                                                                    One of the Attorneys for Plaintiff

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com