**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SHANNON O'BRIEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRONTIER AIRLINES, INC., d/b/a ) <br> FRONTIER AIRLINES, ) <br> ) <br> Defendant. ) | Case No.: 1:24-cv-00605 <br><br> Honorable Sharon Johnson Coleman <br><br> Magistrate Judge M. David Weisman |

**DEFENDANT FRONTIER AIRLINES, INC.S' STATUS REPORT**

NOW COMES the Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for its Status Report, states as follows:

1. Plaintiff has responded to Defendant's written discovery requests.

2. Defendant has responded to Plaintiff's written discovery requests.

3. The completion of Frontier's production of relevant policies and procedures cannot be completed until after the Transportation Security Administration ("TSA") completes a Sensitive Security Information ("SSI") determination. An SSI determination is typically an extended process. Frontier has submitted a formal request for the completion of such determination.

4. Plaintiff takes the position that no depositions can be scheduled until after the TSA completes its SSI determination.

5. Frontier takes the position that the TSA's SSI determination has no bearing on Plaintiff's deposition, and, therefore, it should proceed in the next 30 days.

6. Both parties believe that good cause exists to modify the current scheduling order to extend facts discovery.

7. The parties will be filing a Joint Motion for Extension of Time to Complete Fact Discovery.

8. Frontier is amenable to a settlement conference upon the completion of the Plaintiff's deposition.

Dated: August 26, 2024          Respectfully Submitted,

**FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Brian T. Maye*
    One of the Attorneys for Defendant

Brian T. Maye
Mark S. Susina
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com
mark.susina@fitzhunt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I caused the foregoing to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that a copy of the foregoing was served on the counsel of record via the CM/ECF system.

By: /s/ *Brian T. Maye*