## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shannon O'Brien
                    Plaintiff,

v.                                               Case No.: 1:24–cv–00605
                                                  Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2024:

        MINUTE entry before the Honorable M. David Weisman: The Court has reviewed both parties' Joint Status Reports (ECF #[27] and #[28]). In both reports, the parties suggest that they will be filing a motion to extend discovery, in part to address issues related to the Transportation Security Administration's completion of a Sensitive Security Information ("SSI") determination, yet no motion has been filed. Status hearing set for 8/28/24 is stricken and reset to 9/4/24 at 9:15 a.m. to allow the parties to file a motion to extend discovery. At that time, the Court will entertain any motion, as well as discuss the benefits of an earlier settlement conference and/or structuring discovery to facilitate an earlier settlement conference, if the parties are so inclined. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.