UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

TO:   All Counsel of Record.

**PLEASE TAKE NOTICE** that on Wednesday, August 28, 2024, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable M. David Weisman, or any judge sitting in his stead, in Courtroom 1300, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present The Parties' Joint Motion for Extension of Time to Complete Fact Discovery and Depositions, a copy of which was filed and served by the Court's CM/ECF System on August 26, 2024.

Respectfully Submitted,

| | |
|---|---|
| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | **FITZPATRICK, HUNT & PAGANO, LLP** |
| By: */s/ Lance D. Northcutt* | By: */s/ Brian T. Maye* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |
| | |
| Lance D. Northcutt (ARDC #: 6278144) | Brian T. Maye (ARDC #: 6288778) |
| Emily T. Art (ARDC #: 6345559) | Mark S. Susina (ARDC #: 6201998) |
| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | **FITZPATRICK, HUNT & PAGANO, LLP** |
| 161 North Clark Street, Suite 4700 | 10 South LaSalle Street, Suite 3400 |
| Chicago, Illinois 60601 | Chicago, Illinois 60603 |
| P: (312) 372-1227 | P: (312) 728-4905 |
| F: (312) 372-3720 | F: (312) 728-4950 |
| lnorthcutt@salvilaw.com | brian.maye@fitzhunt.com |
| eart@salvilaw.com | mark.susina@fitzhunt.com |