# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shannon O'Brien
                    Plaintiff,

v.                                              Case No.: 1:24−cv−00605
                                                Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

MINUTE entry before the Honorable M. David Weisman: The parties' joint motion for an extension of time to complete fact discovery and depositions [30] is granted because the parties agree that all necessary depositions cannot be completed until after the relevant excerpts from Defendant's Customer Service Manual and Flight Attendant Manual are produced subject to the TSA's SSI determination, which is ongoing. Fact discovery close date is extended to 12/2/24. Motion hearing set for 8/28/24 and status hearing set for 9/4/24 are stricken. Status hearing set for 10/22/24 at 9:15 a.m. Joint status report due by noon on 10/21/24 setting forth the status of written discovery, including the status of the TSA's SSI determination; a list of any depositions that have been completed and those that are anticipated; whether the parties request a settlement conference; and any other issues the parties wish to raise. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.