**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-00605 |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

## THE PARTIES' FIFTH JOINT STATUS REPORT

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through their attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Fifth Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. Frontier has responded to Plaintiff's written discovery requests. However, Frontier's production of relevant policies and procedures cannot be completed until after the Transportation Security Administration ("TSA") completes a Sensitive Security Information ("SSI") determination. An SSI determination is typically an extended process. Frontier has submitted a formal request for the completion of such determination.

4. As of the date of this filing, counsel for Defendant is still awaiting an update from TSA regarding the status of its SSI determination.

5. The parties agree that firm dates for any other depositions cannot be set pending TSA's SSI determination.

6. At present, the parties agree that settlement is unlikely at this juncture.

7. The Plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference or mediation at this time.

Dated: October 21, 2024                   Respectfully Submitted,

**SALVI, SCHOSTOK & PRITCHARD, P.C.**

By: */s/ Lance D. Northcutt*
        One of the Attorneys for Plaintiff

**FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Brian T. Maye*
        One of the Attorneys for Defendant

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com

Brian T. Maye
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com