## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shannon O'Brien
                        Plaintiff,

v.                                              Case No.: 1:24−cv−00605
                                               Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

       MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held regarding TSA's review of Sensitive Security Information in Frontier's manuals, including flight attendant manual and customer service manual. Defense counsel does not believe any information it seeks to produce from the manuals is characterized as "SSI." As discussed in open court, no later than 10/25/24, the parties shall submit a proposed order (preferably agreed) to the Court's proposed order inbox, Proposed_Order_Weisman@ilnd.uscourts.gov, directing TSA to submit a report to the Court regarding the status of the SSI review. Status hearing set for 11/14/24 at 9:15 a.m. Joint status report due by COB on 11/12/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.