# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

## AGREED ORDER

A status conference was held on October 22, 2024, and the Court was advised that Frontier's production of responsive excerpts from its flight attendant manual and customer service manual could not be completed until after the Transportation Security Administration ("TSA") completed a Sensitive Security Information ("SSI") determination. Frontier submitted a formal request for the completion of such determination on August 13, 2024. As of the date of this Order, the TSA has not yet completed its SSI determination with respect to the subject material.

IT IS ORDERED, therefore, that the TSA submit a report to the Court regarding the status of its SSI evaluation of the manual material referenced herein by COB on November 11, 2024. The TSA's report can be transmitted to counsel for the Parties, who are directed to thereafter advise the Court on the status of the SSI evaluation via their joint status report due by COB on November 12, 2024.

Date: October 25, 2024

ENTER

_M. David Weisman_

M. DAVID WEISMAN
U.S. Magistrate Judge