**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-00605 |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

**THE PARTIES' SIXTH JOINT STATUS REPORT**

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through their attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Sixth Joint Status Report, state as follows:

1.  Plaintiff has complied with Defendant's written discovery requests.

2.  Plaintiff's deposition was completed on October 2, 2024.

3.  Frontier has responded to Plaintiff's written discovery requests. However, Frontier's production of relevant policies and procedures cannot be completed until after the Transportation Security Administration ("TSA") completes a Sensitive Security Information ("SSI") determination. An SSI determination is typically an extended process. Frontier has submitted a formal request for the completion of such determination.

4.  On October 22, 2024, this Court directed the parties to submit a Joint Status Report by the close of business on today's date, November 12, 2024. [Dkt. No. 35]

5.  On October 25, 2024, this Court entered an order directing TSA to submit a report regarding the status of its SSI evaluation of the manual material by November 11, 2024. TSA was

permitted to transmit that report to counsel for the parties, who were directed to thereafter advise the Court in the Joint Status Report due on November 12, 2024. [Dkt. No. 37]

6.     The TSA advised counsel for Frontier that it was in the process of evaluating the Frontier materials submitted, but technical issues – related to the TSA's firewall – had delayed its ability to conduct the normal process of evaluating such materials. Because of its initial inability to access the subject material, the TSA has not completed its evaluation. The TSA represented that it now has access to all the documents, and it anticipates completing the SSI determination of all the materials by the end of November 2024.

7.     The parties agree that firm dates for any other depositions cannot be set pending TSA's SSI determination.

8.     At present, the parties agree that settlement is unlikely at this juncture.

9.     The Plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

**SALVI, SCHOSTOK & PRITCHARD, P.C.**

By: */s/ Lance D. Northcutt*
    One of the Attorneys for Plaintiff

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com

Dated: November 12, 2024

**FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Brian T. Maye*
    One of the Attorneys for Defendant

Brian T. Maye
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com