UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Shannon O'Brien
              Plaintiff,

v.                                  Case No.: 1:24−cv−00605
                                  Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

        MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [39] indicating that the TSA anticipates completing the SSI determination by the end of November, the status hearing set for 11/14/24 is stricken and reset to 12/18/24 at 9:15 a.m. Joint status report due by noon on 12/16/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.