**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Shannon O'Brien
                        Plaintiff,

v.                                                 Case No.: 1:24−cv−00605
                                                      Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 2, 2024:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/2/2024. Counsel for defendant did not appear nor contact the Court. Counsel for plaintiff reported the parties filed a joint status report on 11/12/2024 before Magistrate Judge Weisman reporting that the parties reporting on the progress of discovery and parties are waiting on TSA to complete their determination. An in−person status hearing is set for 2/18/2025 (not 2/16/2025 as stated in court) at 9:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.