**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

**THE PARTIES' SEVENTH JOINT STATUS REPORT**

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Seventh Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. Frontier has responded to Plaintiff's written discovery requests.

4. TSA has completed the review of five out of the seven documents that are responsive to Plaintiff's document production request, and Defendant has produced the five documents to Plaintiff. TSA represented to Defense counsel that the two remaining documents will be completed by the end of December.

5. The Parties agree that firm dates for any other depositions cannot be set pending the release of the remaining two documents.

6. At present, the Parties agree that settlement is unlikely at this juncture.

7. The Plaintiff is opposed to a settlement conference at this time. Frontier is

amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

Dated: December 11, 2024

| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | **FITZPATRICK, HUNT & PAGANO, LLP** |
|---|---|
| By: */s/ Lance D. Northcutt* | By: */s/ Brian T. Maye* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |

Lance D. Northcutt (ARDC #: 6278144)
Emily T. Art (ARDC #: 6345559)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
lnorthcutt@salvilaw.com
eart@salvilaw.com

**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, Illinois 60603
P: (312) 728-4905
F: (312) 728-4950
brian.maye@fitzhunt.com