# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shannon O'Brien

                 Plaintiff,

v.

                                  Case No.: 1:24–cv–00605

                                  Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

       MINUTE entry before the Honorable M. David Weisman: In light of the joint status report [43] indicating that written discovery is completed; Plaintiff's deposition has been taken; the TSA completed its SSI determination as to 5 of the 7 documents, which Defendant produced to Plaintiff, and anticipates completing review of the final 2 documents by the end of December; and the parties agree that settlement is unlikely at this juncture, the status hearing set for 12/18/24 at 9:15 is stricken and reset to 1/14/25 at 9:15 a.m. Joint status report due by noon on 1/10/25 setting forth the status of the final 2 documents being reviewed by the TSA; a list of anticipated depositions; whether the parties request a settlement conference; and any other issues the parties wish to raise. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.