**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

## THE PARTIES' EIGHTH JOINT STATUS REPORT

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Eighth Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. TSA completed its review of the two remaining documents, and counsel for Frontier tendered same to counsel for Plaintiff on January 8, 2025.

4. Due to the timing of the aforementioned production by counsel for Frontier and the due date of the instant Joint Status Report, counsel for Plaintiff is still in the process of reviewing Frontier's discovery responses and production to determine whether they are complete and what depositions, if any, Plaintiff intends to take.

5. Fact discovery closed on December 2, 2024.

6. Due to the additional time required by TSA to complete its SSI review and through no fault of the parties nor their counsel, additional time is needed to complete any remaining fact

depositions.

7. The parties did not request additional time prior to the filing of this Joint Status Report given the repeated extensions needed by TSA to complete its SSI review. The parties did not want to risk having to request yet another extension of the fact discovery deadline in the event TSA required even more time to complete its review. Now that TSA's review has been completed, the parties agree and respectfully request that this Honorable Court extend the fact discovery deadline through March 10, 2025.

8. At present, the parties agree that settlement is unlikely at this juncture.

9. The Plaintiff is opposed to a settlement conference at this time. Frontier is amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

Dated: January 10, 2025

| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | **FITZPATRICK, HUNT & PAGANO, LLP** |
|---|---|
| By: */s/ Lance D. Northcutt* | By: */s/ Brian T. Maye* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |
| | |
| Lance D. Northcutt (ARDC #: 6278144) | Brian T. Maye |
| Emily T. Art (ARDC #: 6345559) | **FITZPATRICK, HUNT & PAGANO, LLP** |
| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | 10 South LaSalle Street, Suite 3400 |
| 161 North Clark Street, Suite 4700 | Chicago, Illinois 60603 |
| Chicago, Illinois 60601 | P: (312) 728-4905 |
| P: (312) 372-1227 | F: (312) 728-4950 |
| F: (312) 372-3720 | brian.maye@fitzhunt.com |
| lnorthcutt@salvilaw.com | |
| eart@salvilaw.com | |