## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shannon O'Brien
                              Plaintiff,

v.                                              Case No.: 1:24−cv−00605
                                                Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 12, 2025:

    MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [46] indicating that TSA completed its review for SSI and Frontier provided the last two documents to Plaintiff, counsel for Plaintiff is reviewing Frontier's discovery responses and production to determine whether they are complete and what depositions she will need, and the parties do not both request a settlement conference at this time, the status hearing set for 1/14/25 at 9:15 a.m. is stricken and reset to 2/11/25 at 9:15 a.m. Joint status report due by noon on 2/7/25 setting forth the status of written discovery; a firm deposition schedule; any third−party discovery to be conducted; and a proposed expert discovery schedule, if necessary. The parties' request to extend the fact discovery deadline to 3/10/25 is granted. No further extensions will be permitted absent extraordinary circumstances. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.