**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON O'BRIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-00605 |
| | ) | |
| FRONTIER AIRLINES, INC., d/b/a | ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

## THE PARTIES' NINTH JOINT STATUS REPORT

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Ninth Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. TSA completed its review of the two remaining documents, and counsel for Frontier tendered same to counsel for Plaintiff on January 8, 2025.

4. Due to the timing of the aforementioned production by counsel for Frontier and the due date of the instant Joint Status Report, counsel for Plaintiff is still in the process of reviewing Frontier's discovery responses and production to determine whether they are complete and what depositions, if any, Plaintiff intends to take.

5. The parties are in the process of setting depositions for Frontier's corporate representative, flight attendant personnel, customer service personnel, and third-party witnesses.

6. At present, the parties agree that settlement is unlikely at this juncture.

7.      Plaintiff is opposed to a settlement conference at this time.  Frontier is amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

Dated: February 6, 2025

**SALVI, SCHOSTOK & PRITCHARD, P.C.**          **FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Lance D. Northcutt*                                      By: */s/ Brian T. Maye*
           One of the Attorneys for Plaintiff                               One of the Attorneys for Defendant

Lance D. Northcutt (ARDC #: 6278144)          Brian T. Maye
Emily T. Art (ARDC #: 6345559)                   **FITZPATRICK, HUNT & PAGANO, LLP**
**SALVI, SCHOSTOK & PRITCHARD, P.C.**          10 South LaSalle Street, Suite 3400
161 North Clark Street, Suite 4700                Chicago, Illinois 60603
Chicago, Illinois 60601                              P: (312) 728-4905
P: (312) 372-1227                                    F: (312) 728-4950
F: (312) 372-3720                                    brian.maye@fitzhunt.com
lnorthcutt@salvilaw.com
eart@salvilaw.com