## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

### THE PARTIES' TENTH JOINT STATUS REPORT

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Tenth Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. TSA completed its review of the two remaining documents, and counsel for Frontier tendered same to counsel for Plaintiff on January 8, 2025.

4. The deposition of Frontier's corporate representative is tentatively scheduled for the second week of April.

5. The deposition of Elizabeth Zimmerman, Frontier's customer service advocate, is also tentatively scheduled for the second week of April.

6. The Plaintiff is still evaluating whether it is necessary to depose a flight attendant on the subject flight.

7. Following the completion of the aforementioned depositions, Plaintiff will

determine whether the deposition of Demetrius Conley of Menzies Aviation, a third-party witness, is necessary.

8. Frontier intends to depose family members who were traveling with Plaintiff at the time of the incident.

9. Fact discovery is currently set to close on March 10, 2025.

10. Due to the additional time required by TSA to complete its SSI review and through no fault of the parties nor their counsel and the schedules of counsel and the witnesses to be deposed, the parties agree that one additional extension of the fact discovery deadline is needed to complete all remaining fact discovery and depositions.

11. The parties agree and respectfully request that this Honorable Court extend the fact discovery deadline through June 30, 2025, so they can complete the remaining depositions.

12. In addition, counsel for Plaintiff begins a trial in the Circuit Court of Cook County on March 4, 2025. As such, counsel for the Plaintiff respectfully requests that the status hearing in this matter scheduled for March 4, 2025, at 9:15 a.m. be rescheduled to a date the week of March 17, 2025, or thereafter. Counsel for Frontier has indicated they have no objection to this request.

13. The parties are amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

Dated: February 28, 2025

**SALVI, SCHOSTOK & PRITCHARD, P.C.**　　　**FITZPATRICK, HUNT & PAGANO, LLP**

By: */s/ Lance D. Northcutt*　　　　　　　　　By: */s/ Brian T. Maye*
　　One of the Attorneys for Plaintiff　　　　　　　One of the Attorneys for Defendant

Lance D. Northcutt (ARDC #: 6278144)　　　Brian T. Maye
**SALVI, SCHOSTOK & PRITCHARD, P.C.**　　**FITZPATRICK, HUNT & PAGANO, LLP**
161 North Clark Street, Suite 4700　　　　　　10 South LaSalle Street, Suite 3400
Chicago, Illinois 60601　　　　　　　　　　　Chicago, Illinois 60603
P: (312) 372-1227 | F: (312) 372-3720　　　　P: (312) 728-4905 | F: (312) 728-4950
lnorthcutt@salvilaw.com　　　　　　　　　　brian.maye@fitzhunt.com

2