# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shannon O'Brien

                    Plaintiff,

v.                                                     Case No.: 1:24−cv−00605

                                                            Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2025:

        MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [51] indicating that the parties are in the process of scheduling depositions, the status hearing set for 3/4/25 is stricken and reset to 4/23/25 at 9:15 a.m. Joint status report due by noon on 4/21/25. The parties' request for an extension of the fact discovery close date in light of TSA's extended review of documents for SSI is granted. Fact discovery to close 6/30/25. No further extensions will be granted barring extraordinary circumstances. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.