### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shannon O'Brien

                 Plaintiff,

v.                                              Case No.: 1:24−cv−00605

                                                Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2025:

     MINUTE entry before the Honorable Sharon Johnson Coleman: In light of the parties' joint status report [51] and Magistrate Judge Weisman's order extending fact discovery [52], the in−person status hearing set for 3/10/2025 is stricken and reset to 5/12/2025 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.