# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHANNON O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-00605 |
| ) | |
| FRONTIER AIRLINES, INC., d/b/a ) | Honorable Sharon Johnson Coleman |
| FRONTIER AIRLINES, ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendant. ) | |

## THE PARTIES' ELEVENTH JOINT STATUS REPORT

NOW COME the Plaintiff, SHANNON O'BRIEN, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and Defendant, FRONTIER AIRLINES, INC., by and through its attorneys, FITZPATRICK, HUNT & PAGANO, LLP, and for their Eleventh Joint Status Report, state as follows:

1. Plaintiff has complied with Defendant's written discovery requests.

2. Plaintiff's deposition was completed on October 2, 2024.

3. TSA completed its review of the two remaining documents, and counsel for Frontier tendered same to counsel for Plaintiff on January 8, 2025.

4. The deposition of Elizabeth Zimmerman, Frontier's customer service advocate, is scheduled for May 15, 2025.

5. Frontier is still waiting to receive deposition dates for Edna Fisher, a flight attendant on the subject flight, and Frontier's corporate representative.

6. Following the completion of the aforementioned depositions, Plaintiff will determine whether the deposition of Demetrius Conley of Menzies Aviation, a third-party witness, is necessary.

7. Frontier does not intend to take any further fact discovery depositions.

8. The parties are amenable to a settlement conference or mediation at this time.

Respectfully Submitted,

Dated: April 21, 2025

| **SALVI, SCHOSTOK & PRITCHARD, P.C.** | **FITZPATRICK, HUNT & PAGANO, LLP** |
|---|---|
| By: */s/ Lance D. Northcutt* <br> One of the Attorneys for Plaintiff | By: */s/ Brian T. Maye* <br> One of the Attorneys for Defendant |
| Lance D. Northcutt (ARDC #: 6278144) <br> **SALVI, SCHOSTOK & PRITCHARD, P.C.** <br> 161 North Clark Street, Suite 4700 <br> Chicago, Illinois 60601 <br> P: (312) 372-1227 \| F: (312) 372-3720 <br> lnorthcutt@salvilaw.com | Brian T. Maye <br> **FITZPATRICK, HUNT & PAGANO, LLP** <br> 10 South LaSalle Street, Suite 3400 <br> Chicago, Illinois 60603 <br> P: (312) 728-4905 \| F: (312) 728-4950 <br> brian.maye@fitzhunt.com |