# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shannon O'Brien

                    Plaintiff,

v.                                           Case No.: 1:24−cv−00605

                                                               Honorable Sharon Johnson Coleman

Frontier Airlines, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2025:

      MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [54] indicating that Plaintiff will be taking three, possibly four, more depositions; Defendant does not anticipate taking any more depositions; and the parties are amenable to scheduling a settlement conference, the status hearing set for 4/23/25 is stricken and reset to 6/4/25 at 9:15 a.m. Joint status report due by noon on 6/2/25 setting forth the status of depositions and any other issues the parties wish to raise. The parties are directed to jointly contact Alyssia_Owens@ilnd.uscourts.gov no later than 5/2/25 with mutually agreeable dates (presumably after all depositions necessary for a productive settlement conference have been taken) for the settlement conference. Judge Weisman generally conducts settlement conferences on Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. The parties shall also indicate whether they prefer the settlement conference to take place in person or by video. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.